UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 8:23-cv-01199-FLA (MAA) | Date | August 4, 2023 |
| Title | *Israel Gutierrez Zamora v. Bryan D. Phillips* | | |

| | |
|---|---|
| Present: The Honorable | FERNANDO AENLLE-ROCHA, UNITED STATES DISTRICT JUDGE |

| Twyla Freeman | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:    ORDER (IN CHAMBERS) RE REQUEST TO PROCEED IN FORMA PAUPERIS (ECF No. 2)**

On July 3, 2023, Petitioner filed a Request to Proceed in Forma Pauperis. (ECF No. 2.)  On July 10, the court postponed a ruling on the request so Petitioner could either provide a certificate of his prison account or pay the $5 filing fee. (ECF No. 5.)

On August 1, 2023, the court received the $5 filing fee.  (ECF No. 6.) Accordingly, the Request to Proceed In Forma Pauperis (ECF No. 2) is **DENIED AS MOOT.**

**IT IS SO ORDERED.**