Israel Gutierrez Zamora, CDCR# BM-2266
CSATF/SP Corcoran
B1-6-7 low
P.O. Box 5248
Corcoran, California 93212

Petitioner,
In Propria Persona



FILED
CLERK, U.S. DISTRICT COURT

SEP 18 2023

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

IN THE UNITED STATES DISTRICT COURT,

FOR THE CENTRAL DISTRICT OF CALIFORNIA

Israel Gutierrez Zamora,      )      No. 8:23-cv-01199-FLA-MAA
                  Petitioner, )
                              )      PETITIONER'S REQUEST FOR COPY OF
    v.                        )      FEDERAL HABEAS PETITION AND ITS
                              )      EXHIBITS, AND REQUEST FOR A 30 DAY
Bryan D. Phillips, Warden,    )      EXTENSION OF TIME (From Date Copied
                  Respondent. )      Petition is Mailed to Petitioner);
_____)      DECLARATION OF ISRAEL G. ZAMORA

TO THE HONORABLE MARIA A. AUDERO, UNITED STATES MAGISTRATE JUDGE:

DECLARATION OF ISRAEL GUIETIERREZ ZAMORA

I, Israel Gutierrez Zamora, declares as follows:

1. I, Isreal Gutierrez Zamora, am the petitioner, representing myself in these proceedings. I am a Mexican National, and require a lot of help from jail-house lawyers that are familiar with thse federal habeas petitions. I filed, on July 3, 2023, my federal habeas petition, with filing fees of $5.00. Hence, I had my daughter, mail a money order to pay for the filing fees. Subsequently, this Court ruled that the issue of "In Forma Pauperis was mooted by that payment.

2. However, I am an indigent petitioner, and do, however, receive monies for commissary, from my family.

3. On September 13, 2023, Investigating Service Unit from CSATF, conducted mass searches of the building where I am housed, and unbeknownst to be, officers seized bunk-mate's property, and accidently a box containing some of my legal work.

1

I am currently filing a grievance for the return of my personal legal property.

4. However, this Court, on September 1, 2023, issued an Order, providing three options, one of which I intend on filing (with help from other inmates), to wit: a Motion for Stay and Abeyance, under Rhines v. Weber(2005)544 U.S. 269; Dixon v. Baker(9th Cir. 2017)847 F.3d 714, 720-722 **(holding, "Good Cause is shown because petitioner was not represented by an attorney in State habeas proceedings")**; and Mena v. Long(9th Cir. 2016)813 F.3d 907, 908, 910-911 **(holding, "a district court has the discretion to stay and hold in abeyance a fully [un]exhausted habeas petition..." Joining 3d, 7th and 10th Circuits extending RHINES to petitions with all unexhausted claims)**.

5. Because I do not have my legal property pertaining to this federal habeas case, and the deadline is October 2, 2023, and I fear that I could miss this deadline, I am requesting this Court, pursuant to 28 U.S.C. §2250, to order the Clerk's Office to reproduce the Federal habeas Petition and its exhibits, to be mailed to me (Petitioner) at the address above, CSATF/SP Corcoran. This Court, did not make the determination, of whether I should be granted In Forma-Pauperis. But I am an indigent petitioner. Nonetheless, if the Court opts to grant my request, it could give me additional 30 days to have family members mailed a money-order payable to the Clerk's Office for said copies, in the amount set by the clerk's office.

6. Therefore, I also request that this Court grant an extension of time, to began from the date the clerk's office mails the copied-federal habeas petition to me, of 30 days. I will be able to complete the motion for stay and abeyance, within that 30 day extension of time.

7. Because I have no other remedies at law, in which to adequately prepare, file a motion to stay and abeyance, absence the copied-federal habeas petition, I request that this Court grant both my requests.[1]

---

1. It should be noted that I am finishing up the state habeas petition, which will exhaust all the claims raised in the federal habeas case. I have been gathering all the documentary evidence, in pro se, with the help of jail-house lawyer, as I do not know anything above federal habeas laws.

2

8. Also, because Respondent has not been served as of yet, I have not mailed Respondent a copy of the petition. Plus, I have not contacted Respondent to see if their would be an opposition to these two requests.[2]

I, Israel Gutierrez Zamora, declares under the penalty of perjury that the foregoing is true and correct, except as to matters based on information and belief, and as to those matters, I believe them to be true. This is executed this September 14, 2023, at Corcoran, California 93212.

Respectfully Submitted,

Israel Gutierrez Zamora,
Petitioner,
In Propria Persona

---

2. In abundance of caution, Petitioner opts to serve a copy of this Request, to the Attorney General of California, Rob Bonta (See Proof of Service), to the Los Angeles Coutny Office.

3

PROOF OF SERVICE BY MAIL

## BY PERSON IN STATE CUSTODY

(CALIF. CCP §2015.5)

I, Israel Gutierrez Zamora, CDCR# BM-2266 , declare:

I am over 18 years of age and a party to this action. I am a resident of CSATF/SP Corcoran B1-6-7 low, P.O. Box 5248, Corcoran, California 93212 Prison,

in the county of Kings ,

State of California. My prison address is: P.O. Box 5248, Corcoran, California 93212, CDCR# BM-2266 ,

On September 14, 2023
(DATE)

I served the attached: REQUEST FOR COPY OF FEDERAL HABEAS PETITION AND A 30 DAY EXTENSION OF TIME, IN WHICH TO FILE A MOTION TO STAY AND ABEYANCE...
(DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States mail in a deposit box so provided at the above-named correctional institution in which I am presently confined.

The envelope was addressed as follows:

Attorney General of California
Rob Bonta
300 S. Spring Street, Suite 1702
Los Angeles, California 90013
For Respondent, Bryan D. Phillips, Warden

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on: September 14, 2023          X _[signature]_
(DATE)                                          (DECLARANT'S SIGNATURE)

Mailed Pursuant To: Cal. Rule C § 8.25 (b) (5); In re Jordan (Cal. 1992) 13 Cal. Rprt. 2nd 878, 880.

**CSATF/STATE PRISON AT CORCORAN**

P.O. Box 5248

**CORCORAN, CA 93212**

NAME  Israel Gutierrez Zamora

NUMBER  BM-2266

HOUSING  B1-6-7 low

\* LEGAL & CONFIDENTIAL MAIL

**STATE PRISON**

**GENERATED MAIL**



NEOPOST
09/15/2023
US POSTAGE $000.63⁰

FIRST-CLASS MAIL

ZIP 93212
041M11467540

RECEIVED
CLERK, U.S. DISTRICT COURT
SEP 18 2023
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Clerk's Office for the
United States District Court,
Central District of California

255 E. Temple Street, Room 180
Los Angeles, California 90012

90012$3334 C032

9-14-25

LEGAL & CONFIDENTIAL MAIL