UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  8:23-cv-01199-FLA-MAA                    Date:  September 27, 2023

Title:    Israel Gutierrez Zamora v. Bryan D. Phillips

Present:  The Honorable:    MARIA A. AUDERO, U.S. Magistrate Judge

| Narissa Estrada | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**       **Order Granting Petitioner's Request for Extension of Time and for Copy of Petition (ECF No. 9)**

Before the Court is Petitioner's "Request for Copy of Federal Habeas Petition and Its Exhibits, and Request for a 30 Day Extension of Time," in which he requests the Court (1) mail him a copy of his petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 ("Petition") and (2) grant him a thirty-day extension of time to respond to the Court's order screening the habeas petition issued on September 1, 2021 ("September 1 Order") ("Request").  (ECF No. 9.)  Petitioner states that he intends to file a motion for stay and abeyance pursuant to *Rhines v. Weber*, 544 U.S. 269 (2005), in response to the September 1 Order and requests an additional thirty days to do so. (*Id*. at 2.)[1]  The Court hereby **GRANTS** the Request, and **ORDERS** as follows:

(1)     The deadline to file a response to the Court's September 1 Order is **EXTENDED** to **October 27, 2023**.

(2)     As a one-time-only courtesy, the Court **DIRECTS** the Clerk to serve a copy of this Order and the Petition (ECF No. 1) by U.S. Mail to Petitioner at his address of record. However, the Court cautions Petitioner that any future requests for free copies will not be considered and instead will be stricken from the docket as improper.  All future

---

[1] Pinpoint citations in this Order refer to the page numbers appearing in the CM/ECF-generated headers of the cited documents.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA


**CIVIL MINUTES – GENERAL**


Case No.:  8:23-cv-01199-FLA-MAA                                    Date:  September 27, 2023

Title:     Israel Gutierrez Zamora v. Bryan D. Phillips


requests for copies of filings and other records must be directed to the Court's
Records Department:

> United States District Court for the Central District of California
> Attention: Correspondence Clerk
> 255 East Temple Street, Suite TS-134
> Los Angeles, CA 90012

It is so ordered.


Attachment: Petition for Writ of Habeas Corpus By a Person in State Custody (ECF No. 1)

---