UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA


**CIVIL MINUTES – GENERAL**


Case No.   **8:23-cv-01199-FLA-MAA**                                          Date: **October 25, 2023**

Title      ***Israel Gutierrez Zamora v. Bryan D. Phillips***


Present:   The Honorable MARIA A. AUDERO, United States Magistrate Judge


|  Narissa Estrada  |  N/A  |
|---|---|
|  Deputy Clerk  |  Court Reporter / Recorder  |

|  Attorneys Present for Petitioner:  |  Attorneys Present for Respondent:  |
|---|---|
|  N/A  |  N/A  |


**Proceedings (In Chambers):    Order Setting Briefing Schedule for Petitioner's Stay Motion
(ECF No. 11)**


On July 3, 2023, Petitioner filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 ("Petition").  (ECF No. 1.)  The Petition included two grounds for relief: (1) Petitioner was denied his Sixth Amendment right to a trial by an impartial jury due to juror misconduct; and (2) Petitioner was denied his Sixth and Fourteenth Amendment rights to due process, a fair trial, and effective assistance of counsel for his defense.  (*Id.* at 5–6.)[1]

On April 5, 2023, the Court issued an Order re: Filing of Petition, screening the Petition on the basis that it appeared that that the Petition was wholly unexhausted and ordering Petitioner to show cause, in writing, why the Court should not recommend dismissal of the Petition as unexhausted ("Order").  (ECF No. 8.)  The Order provided Petitioner with three options on how to respond, including by filing (1) a notice of dismissal, (2) a request for a stay pursuant to *Rhines v. Weber*, 544 U.S. 269 (2005) ("*Rhines* Stay"), or an explanation of why the Petition is exhausted.  (*Id*. at 4.) Petitioner's response to the Order was due no later than October 5, 2023.  (*Id*. at 3, 4.)

After receiving an extension of time in which to respond to the Order (ECF No. 10), on October 16, 2023, Petitioner filed a Motion for a Stay and Abeyance of the Federal Habeas Petition

---

[1] Pinpoint citations in this Order refer to the page numbers appearing in the CM/ECF-generated headers of the cited documents.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA


**CIVIL MINUTES – GENERAL**


Case No.   **8:23-cv-01199-FLA-MAA**                                Date: **October 25, 2023**

Title      ***Israel Gutierrez Zamora v. Bryan D. Phillips***


("Stay Motion").  (ECF No. 11.)  Through the Stay Motion, Petitioner seeks a *Rhines* Stay while he exhausts his claims for relief in state court.  (*Id*. at 2.)

Accordingly, the **SETS** the following briefing schedule for the Stay Motion:

- Respondent shall file and serve either an opposition to the Stay Motion ("Opposition") or a statement of non-opposition no later than **thirty (30) days** after the date of this Order.

- If Respondent files an Opposition, Petitioner may file an optional reply within **fourteen (14) days** after the date the Opposition is filed.  The matter will stand submitted on the earlier of the day Petitioner files a reply or the day following the date Petitioner's reply is due.

It is so ordered.