**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| ISRAEL GUTIERREZ ZAMORA,<br><br>Petitioner,<br><br>v.<br><br>BRYAN D. PHILLIPS,<br><br>Respondent. | Case No. 8:23-cv-01199-FLA-MAA<br><br>**ORDER REQUIRING RESPONSE TO PETITIONER'S MOTION FOR STAY; WITHDRAWING ORDER SETTING BRIEFING (ECF No. 12)** |

In order to facilitate the just, speedy, and inexpensive determination of this action, **IT IS ORDERED** that:

1. The Clerk of this Court promptly shall (a) serve electronic copies of the Petition and this Order on the California Attorney General's Office, in accordance with Rule 4(j) of the Federal Rules of Civil Procedure, and (b) serve a copy of this Order on Petitioner.

2. The Clerk also shall serve Petitioner with a blank copy of Form CV-11B (Consent to Proceed Before a United States Magistrate Judge) along with this Order. If Petitioner wishes to exercise the consent option, Petitioner shall file a completed Form CV-11B with the Clerk and serve Respondent with same within twenty-eight (28) days after the date of this Order. Respondent shall

have until the date of the filing of the Answer to the Petition or the filing of a Motion to Dismiss the Petition in which to exercise the consent option by filing and serving a completed Form CV-11B.  The parties are free to withhold consent without adverse substantive consequences.

3.  Within fourteen (14) days after the date of this Order, Respondent shall file and serve a Notice of Appearance, notifying the Court of the name of the attorney who will have principal charge of the case, together with the address where the attorney may be served and the attorney's telephone and fax number.  This information is important to ensure accurate service of Court documents.

4.  Respondent must give timely notice of any court proceeding in this action to any person who is a "crime victim" within the meaning of 18 U.S.C. § 3771.

5.  On October 16, 2023, Petitioner filed a motion for a stay of proceedings pursuant to *Rhines v. Webber*, 544 U.S. 269 (2005) ("Stay Motion").  (ECF No. 11.)  On October 25, 2023, the Court issued an order setting a briefing schedule on the Stay Motion without ordering Respondent to respond and directing the Clerk to serve the Petition on Respondent ("Order Setting Briefing").  (ECF No. 12.)  The Court hereby **WITHDRAWS** the Order Setting Briefing (ECF No. 12) and **SETS** the following schedule for the parties' briefing of the Stay Motion:

    a.  No later than thirty (30) days after the date of this Order, Respondent shall file and serve either a brief opposing the Stay Motion or a statement of non-opposition.

    b.  If Respondent files an opposition, Petitioner may file an optional reply within thirty (30) days after the date Respondent's opposition is filed. The Court will take the Stay Motion under submission following the earlier of the date Petitioner files a reply or the date after the reply is due.

///

6.  Petitioner shall notify the Court and counsel for Respondent of any change of Petitioner's address immediately after such change.  If Petitioner fails to keep the Court informed of where Petitioner may be contacted, this action will be subject to dismissal for failure to prosecute.  *See* C.D. Cal. L.R. 41-6.

7.  All documents must be typewritten or printed in black or dark blue ink, or prepared by a photocopying or other duplicating process that will produce clear and permanent copies equally legible to printing.  C.D. Cal. L.R. 11-3.1.  The Court will reject any documents that are not legible.

DATED: December 5, 2023
_____

_____
HONORABLE MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE

Attachment:
Form CV-11B (Consent to Proceed Before a United States Magistrate Judge)

3