UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA


**CIVIL MINUTES – GENERAL**


Case No.   **8:23-cv-01199-FLA-MAA**                                      Date: **March 3, 2025**

Title      **Israel Gutierrez Zamora v. Bryan D. Phillips**


Present:   The Honorable MARIA A. AUDERO, United States Magistrate Judge


|  Cindy Delgado  |  N/A  |
|  Deputy Clerk  |  Court Reporter / Recorder  |

|  Attorneys Present for Petitioner:  |  Attorneys Present for Respondent:  |
|  N/A  |  N/A  |


**Proceedings (In Chambers):**      **Order Discharging OSC Re: Dismissal for Lack of Prosecution (ECF No. 20) and Granting Petitioner's Request (ECF No. 21)**

On February 26, 2024, the Court granted Petitioner's Motion for Stay and Abeyance pursuant to *Rhines v. Weber*, 544 U.S. 269 (2005) and ordered Petitioner to file status reports every sixty (60) days updating the Court about the progress of his habeas petitions in the California courts.  (ECF No. 16, at 5.)[1]  Petitioner filed status reports on April 30, 2024 (ECF No. 17), on July 1, 2024 (ECF No. 18), and on September 4, 2024 (ECF No. 19).  The next status report was due in early November 2024 but was not filed.  The Court therefore issued an Order to Show Cause ("OSC") on January 17, 2025 directing Petitioner either to file a status report or to show cause in writing why this action should not be dismissed.  (ECF No. 20.)

On February 17, 2025, Petitioner constructively filed a "Request to Continue his Federal Petition Under Stay and Abeyance" ("Request").  (ECF No. 21.)  The Court construes the Request as a response to the OSC.  Accordingly, it is hereby **ORDERED** that the OSC is **DISCHARGED**, and Petitioner's Request to continue the stay of this matter is **GRANTED**.  Petitioner is reminded, however, that he must continue to file Status Reports **EVERY SIXTY (60) DAYS** to update this Court about the status of his habeas proceedings in the California courts.  Even if nothing has changed since the previous Status Report was filed, Petitioner must file another Status Report sixty (60) days after the previous Status Report was filed.  Petitioner's next Status Report is due no later than **May 1, 2025**.

It is so ordered.

---

[1] Pinpoint citations in this Order reference the page numbers generated by CM/ECF headers.