UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA


**CIVIL MINUTES – GENERAL**


Case No.   **8:23-cv-01199-FLA-MAA**                              Date: **July 7, 2025**

Title     **Israel Gutierrez Zamora v. Bryan D. Phillips**


Present:    The Honorable MARIA A. AUDERO, United States Magistrate Judge


| Cindy Delgado | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):     Order Discharging OSC Re: Dismissal for Lack of Prosecution (ECF No. 23)**

On February 26, 2024, the Court granted Petitioner's Motion for Stay and Abeyance pursuant to *Rhines v. Weber*, 544 U.S. 269 (2005) and ordered Petitioner to file status reports every sixty (60) days updating the Court about the progress of his habeas petitions in the California courts.  (ECF No. 16, at 5.)[1]  When the Court did not receive the Status Report due May 1, 2025, the Court issued an Order to Show Cause ("OSC") on May 28, 2025 directing Petitioner either to file a status report or to show cause in writing why this action should not be dismissed.  (ECF No. 23.)

On June 20, 2025, the Court received Petitioner's Status Report.  (ECF No. 24.) Accordingly, it is hereby **ORDERED** that the OSC is **DISCHARGED**.  Petitioner's next Status Report is due no later than **September 1, 2025**.

It is so ordered.

---

[1] Pinpoint citations in this Order reference the page numbers generated by CM/ECF headers.