Israel Gutierrez Zamora, CDCR# BM-2266
CSATF State Prison,
B2-5
P.O. Box 5248
Corcoran, California 93212

Petitioner,
In Propria Persona



FILED
CLERK, U.S. DISTRICT COURT

1/27/2026

CENTRAL DISTRICT OF CALIFORNIA
BY: _____MMC_____ DEPUTY

UNITED STATES DISTRICT COURT,

CENTRAL DISTRICT OF CALIFORNIA

Israel Gutierrez Zamora,                )   No. 8:23-cv-01199-FLA-MAA
                    Petitioner,         )
                                        )   PETITIONER'S REQUEST FOR A FINAL
        v.                              )   CONTINUANCE OF THE JANUARY 20th,
                                        )   2026 DEADLINE; DECLARATION OF ISRAEL
Bryan D. phillips, Warden,              )   GUTIERREZ ZAMORA (February 19th,
                    Respondent.         )   2026 Deadline)
                                        )   Hon. Maria A. Audero, US Mag. Judge

DECLARATION OF ISRAEL GUTIERREZ ZAMORA

I, Israel Gutierrez Zamora, declares as follows:

1. I am the petitioner, in the above-entitled habeas case, representing myself, with the help of other inmates, as I don't understand english. I am a Mexican National, with no understanding of the legal issues involve, except as to matetrs explained to me by others. My prison number is BM-2266.

2. On December 17, 2025, this Federal Court set a January 20, 2026 deadline to file a state habeas petition and provide notice of such filing. However, based on "good cause," I wont be able to meet that deadline, as explained further below, However, I believe that no further extension is needed beyond February 19, 2026.

3. As explained to me, filing more than one state habeas petition, without any documentary proof, could result in procedural bar. In order to comply with

1

all laws, I respectfully ask for an extension until February 19, 2026.

4. While this Court is absolutely correct that In re Montgomery, Case No.# S287339, on Racial Justice Act (Penal Code §745), is a state law issue, I am still require to comply with State law (i.e., avoid second and successive state habeas petitions).

5. More importantly, Montgomery was dismissed on December 30, 2025 without prejudice, with instruction to remand the case based on newly established laws, amended by Assembly Bill No. 1071. Assembly Bill No. 1071, now provides the right to appointment of counsel, when the Petitioner presents a prima-facie case for relief, which includes discovery. Even more importantly, Assembly Bill No. 1036 amended Penal Code §1054.9, on discovery of materials pertaining to my trial attorney's appointment to the superior court while representing me during critical stages of the state case (sentencing), without notifyign anyone; not even me, to see if I would waive any conflict of intenrest. I have not been able to procure any documents from the district attorney's office, if they were notified of the trial attorney's appointment to the bench.

6. In order to comply with all these new changes, I respectfully ask for this Court to grant this extension of time. These new laws to effect three weeks ago, and the delay is not intentional but an effort and desire to comply with the law correctly. I have a drafted State Habeas Petition that includes all the Federal habeas claims, however, it has to be rewritten based on the changes of the law, with the additional allegations that I request counsel be appointed and that he be permitted to conduct both AB 1071 and AB 1036 discovery.

7. I understand this Court's concerns, and every efforts is been made, to avoid prolonging this case further.

8. I am informed that the electronic law library, that is use by the inmate helping me with these pleadings, was offline, because the prison moved away from

LEXIS/NEXIS database to WESTLAW on January 16, 2026. This is when it was discovered that Montgomery was dismissed without prejudice and are now ready to comply with all the new laws in hand.

9. The state habeas petition will be filed within the next few days (January 24, 25, 2026), with the amendments comporting with the new laws. Counsel will be requested and he or she may conduct said discovery.

10. I have no other remedy at law, except for this final request for extension of time. Because of my incarcerated status, I am not able to talk to the deputy attorney general about any objections to any extension exists.

11. Relief granted at the state level, would result in me seeking to withdraw the fdederal habeas petition. Until then, I respectfully ask this Court to hold the Federal Court house's doors open.

I, declare under the penalty of perjury that the foregoing is true and correct, except as to matters that are based on information and belief, and as to those matters, i believe them to be true. This is executed this 20, January 2026, at Corcoran, California.

Respectfully Submitted,

Israel Gutierrez Zamora,
Petitioner,
In Propria Persona

3

## PROOF OF SERVICE BY MAIL

### BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, Israel Gutierrez Zamora, # BM-2266 , declare:

I am over 18 years of age and a party to this action. I am a resident of CSATF

State Prison,

in the county of Kings ,

State of California. My prison address is: CSATF State Prison, B2-05, P.O. Box 5248,

Corcoran, California 93212

On January 20, 2026 (Prison-Mail-Box Rule) ,
(DATE)

I served the attached: Motion for Extension of Time to February 19, 2026; Declaration...

(DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage

thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional

institution in which I am presently confined. The envelope was addressed as follows:

Attorney General of California
Rob Bonta
300 S. Spring Street, Suite 1702
Los Angeles, California 90013
Respondent

I declare under penalty of perjury under the laws of the United States of America that the foregoing

is true and correct.

Executed on January 20, 2026
(DATE)

(DECLARANT'S SIGNATURE)

Civ-69 (Rev. 9/97)                    ::ODMA\PCDOCS\WORDPERFECT\22832\1

-9-



**CSATF/STATE PRISON AT CORCORAN**
**PO BOX** 5248
**CORCORAN, CA  93212**

**NAME** Israel Gutierrez Zamora

**NUMBER** BM-2266

**HOUSING** B2-05

MAA

RECEIVED
CLERK, U.S. DISTRICT COURT
JAN 2 7 2026
CALIFORNIA
DEPUTY

**STATE PRISON**
**GENERATED MAIL**

NEOPOST
01/21/2026
US POSTAGE $000.74⁰

ZIP 93212
041M11467546

Clerk's Office for the United States
District Court, Central District of
California, Hon. Maria A. Audero, USMJ
255 E. Temple Street, Room  180
Los Angeles, California 90012

LEGAL MAIL

_71448 1-20-26_

### UNAUTHORIZED ITEMS WITHIN INMATE MAIL

These items if discovered within mail will cause delay in processing or Return to Sender

- No mail over 13 ounces in weight. No padded envelopes
- No musical greeting cards, videos, CD's and/or cassette tapes
- No Cash or traveler's checks. No Solicitation of funds (Money/Currency)
- No Identification Cards, Credit Cards, Bank Cards, Phone Cards, Gift Cards etc.
- No documents: Birth & Marriage certificates, Green card, SS card, etc.
- No Polaroid photographs. No negatives, slides, or photo albums. No photos depicting drugs and/or drug psraphernalia. No photographs, drawings, magazines, and/or pictorials displaying frontal nudity of either Gender. Nothing which depicts displays, or describes sexual penetration and such in a pervasive theme
- No gang related material, including gang signs and or affiliation.
- No items of clothing or food. No hard plastic, metal, wood items, magnets, rubber, glue and/or glitter
- No tattoo patterns or trace paper. No jewelry. (All art supplies are to be sent through Hobby Craft)
- No mail containing unknown substanca, powder, liquid, and/or solids
- No items which may threaten the safety and security of the Institution, or any correspondenca deemed circumventing of mail procedures.
- No Pens, Pencils, Markers, Crayons, etc.
- No Lipstick, Perfume, Cologne, or scants on the contents and/or envelope.

LEGAL MAIL

### AUTHORIZED ITEMS WITHIN INMATE MAIL

These items are allowed with inmate incoming mail and should not cause a delay in processing.

- Greeting cards – Maximum 10 with attached plain white envelopes – 5 for SHU/ASU
- 40 postage stamps (Write name & CDCR# on stamps in case they are lost
- Personal letters, Personal greeting cards (NO Musical cards allowed)
- 15 Photographs (No Polaroids)
- Books, magazines and newspapers MUST be shipped/mailed directly from vendor (NO hardcover books)
- Checks and Money Orders will include name and CDC#: Need to be sent to P.O. Box 3486 ONLY
- For funds to be mail directly to inmate's account, send through www.jpay.com or 1-800-xxxxxx
- 40 Blank or Embossed envelopes & White or Yellow lined paper (NO Colored and/or Card Stocks)