UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ISRAEL GUTIERREZ ZAMORA,

Petitioner,

v.

BRYAN D. PHILLIPS,

Respondent.

Case No. 8:23-cv-01199-FLA (Ex)

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the court has reviewed the Petition, all the records herein, and the Report and Recommendation of United States Magistrate Judge (Dkt. 35). No Objections to the Report and Recommendation have been filed within the time allowed for Objections. The court accepts and adopts the Magistrate Judge's Report and Recommendation.

It is ORDERED that Judgment shall be entered denying and dismissing the Petition without prejudice.

It is further ORDERED that the Clerk serve forthwith a copy of this Order, the Magistrate Judge's Report and Recommendation, and the Judgment herein on Petitioner and counsel for Respondent.

IT IS SO ORDERED.

Dated: August 3, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge