JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISRAEL GUTIERREZ ZAMORA,<br>Petitioner,<br>v.<br>BRYAN D. PHILLIPS,<br>Respondent. | Case No. 8:23-cv-01199-FLA (Ex)<br>**JUDGMENT** |

It is ADJUDGED that the Petition is DENIED and DISMISSED without prejudice.

Dated: August 3, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge